■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v WILLIAM DUDLEY, Appellant.—Judgment of the Supreme Court, Kings County, rendered July 8, 1975 (the date on the clerk's extract is October 7, 1975), affirmed (see CPL 470.05, subd 1; *People v Crimmins,* 36 NY2d 230). Latham, Acting P. J., Cohalan, Damiani, Shapiro and Titone, JJ., concur.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v STEVE DWYER, Appellant.—Appeal by defendant from a judgment of the Supreme Court, Richmond County, rendered January 9, 1976, convicting him of grand larceny in the third degree, upon his plea of guilty, and imposing sentence. The appeal brings up for review a determination of the same court, made after a hearing, which denied defendant's motion to suppress evidence. Judgment affirmed. No opinion. Hopkins, Acting P. J., Martuscello, Latham, Rabin and Hawkins, JJ., concur.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v SALVATORE ESPOSITO, Appellant.—Judgment of the Supreme Court, Kings County, rendered March 5, 1976, affirmed. No opinion. This case is remitted to the Supreme Court, Kings County, for further proceedings pursuant to CPL 460.50 (subd 5). Latham, Acting P. J., Cohalan, Damiani, Shapiro and Titone, JJ., concur.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v DWIGHT FARMER, Appellant.—Two judgments of the Supreme Court, Kings County, rendered May 2, 1975 and May 13, 1975, respectively, affirmed (see CPL 470.15, subd 1). Latham, Acting P. J., Cohalan, Damiani, Shapiro and Titone, JJ., concur.